**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents, | CV 03-1196-PHX-PGR |
| Plaintiff, | |
| vs. | ORDER |
| Dillard's Inc., et al. | |
| Defendants. | |

Currently pending before the Court is the Plaintiff Arizona State University's ("ASU") Motion: (1) To Reinstate the Motions for Summary Judgment Filed by ASU and Dillard's Inc.; and (2) To Consider the Unpublished Memorandum Decision of the Arizona Court of Appeals as it Pertains to the Issues of Collateral Estoppel Raised in the Parties' Motions for Summary Judgment (Doc. 36 ).  The Court concludes that this motion is both **granted in part** and **denied in part**.  The motion is granted as far as it seeks to reinstate the original motions for summary judgment; however, without further briefing from the parties the Court declines to enter summary judgment in favor of ASU based on the doctrine of collateral estoppel.  Accordingly, the parties are hereby ordered to submit updated summary judgment briefs to the Court no later than **Monday, April 24, 2006.**

DATED this 27th day of March, 2006.

Paul G. Rosenblatt
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28