**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Arizona Board of Regents, | ) | CV 03-1196-PHX-PGR |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| | ) | |
| Dillard's Inc., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On November 27, 2006 at 1:30 PM, a Status Conference was held before the Honorable Paul G. Rosenblatt.  During the hearing, the Court ordered that the parties each file a supplemental brief to update their previously filed Cross Motions for Summary Judgment. The supplemental briefing was due to the Court on January 18, 2007, and the Court scheduled oral argument for February 12, 2007.  However, as of the date of this Order, the Court has not received any supplemental briefing.  As such, the Court hereby vacates its February 12, 2007 motion hearing.  The parties are to file a Status Report with the Court no later than February 12, 2007 updating the Court on the current status of the case.

DATED this 31st day of January, 2007.

Paul G. Rosenblatt
United States District Judge