**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents,                )<br>                                                      )<br>          Plaintiff,                                )<br>     vs.                                             )<br>                                                      )<br>                                                      )<br>Dillard's Inc., et al.                         )<br>                                                      )<br>          Defendants.                         )<br>_____) | CV 03-1196-PHX-PGR<br><br>ORDER |

Pursuant to stipulation of the parties and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned matter is dismissed with prejudice, each party to bear its own attorneys' fees, costs and expenses. All scheduled hearings and court dates in this action are hereby vacated, including the Status Conference scheduled for May 7, 2007 at 1:30 p.m.

DATED this 3rd day of May, 2007.

_____
Paul G. Rosenblatt
United States District Judge